ADDISON,
January,
1839.

LEONARD BEEDLE *v.* HEPSIBAH COOK, *et al.*

*(Practice.)*

In this case the court held that the affidavit of the orator, in a bill for the foreclosure of a mortgage, was inadmissible on the question of shortening the time of redemption of the mortgaged premises.

ADDISON,
January,
1839.

SYDNEY BOOTH *v.* PHEBE BOOTH.

*(Practice )*

*(Petition for Divorce.)*

The court permitted depositions to be read which were taken during the present term of the court, although objected to for that reason.

*Held* also, that *ex parte* depositions are admissible, in petitions for divorce, although not filed with the clerk thirty days before the sitting of the court.